UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDOM JACKSON,

    Petitioner,

v.                                            Case No. 5:16cv110/LC/CJK

SECRETARY, DEPTMENT OF
CORRECTIONS,

    Respondent.
_____/

## SUPPLEMENT TO REPORT AND RECOMMENDATION

On July 26, 2017, I issued a Report and Recommendation (doc. 33) pertaining to respondent's motion to dismiss (doc. 20). Later that day, petitioner's counsel filed a supplemental affidavit of petitioner Random Jackson (doc. 34, Ex. A). I have considered the supplemental affidavit and determined that it does not affect my conclusion that petitioner's federal habeas petition is untimely, nor does it affect my recommendation that respondent's motion to dismiss be granted, or the reasons supporting my conclusion and recommendation.

Accordingly, it is respectfully RECOMMENDED:

1. That the Report and Recommendation dated July 26, 2017 (doc. 33), as supplemented, be ADOPTED.

2. That respondent's motion to dismiss (doc. 20) be GRANTED.

3. That the petition for writ of habeas corpus (doc. 1), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Random Jackson*, Gulf County Circuit Court Case No. 08-CF-218, be DISMISSED WITH PREJUDICE.

4. That the clerk be directed to close the file.

5. That a certificate of appealability be DENIED.

At Pensacola, Florida this 28th day of July, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.