UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDOM JACKSON,

    Petitioner,

v.                                               Case No. 5:16cv110/LC/CJK

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 26, 2017 (doc. 33), as supplemented on July 28, 2017 (doc. 35). The parties have been furnished a copy of the Report and Recommendation and Supplement, and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections (doc. 39). I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and Supplement, as well as the objections thereto, I have determined that the Report and Recommendation, as supplemented, should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 33), as supplemented (doc. 35), is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 20) is GRANTED.

3. The petition for writ of habeas corpus (doc. 1), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Random Jackson*, Gulf County Circuit Court Case No. 08-CF-218, is DISMISSED WITH PREJUDICE.

4. The clerk is directed to close the file.

5. A certificate of appealability is DENIED.

**ORDERED** on this 31st day of August, 2017.

       *s/L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**